# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESOLAR INC.,<br><br>   Plaintiff,<br>   v.<br>ESOLAR EXCHANGE LLC,<br><br>   Defendant. | Case No. 2:12-cv-4134-ODW(MANx)<br><br>**ORDER TO SHOW CAUSE** |

    Under Federal Rule of Civil Procedure 4(m), defendants must be served within 120 days after the complaint is filed, or else the Court "must dismiss the action without prejudice." Fed. R. Civ. P. 4(m). This action commenced on May 11, 2012—no proof of service has been filed with the Court, and no defendants have appeared in this case.

    The Court notes that there is a waiver of service signed by Michael Gumm on his own behalf, and he may be related to Defendant Esolar Exchange LLC. But Plaintiff never filed an amended complaint or other papers to add Gumm as a party to this action.

    Plaintiff is hereby **ORDERED TO SHOW CAUSE** why Defendant Esolar Exchange LLC has not been timely served. Plaintiff has 14 days to comply with this

order; or if Defendant has been served, Plaintiff has 14 days to file the proof of service. Failure to respond will result in dismissal of this action.

**IT IS SO ORDERED.**

September 26, 2012

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**