# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESOLAR INC., <br><br>           Plaintiff, <br><br>     v. <br><br> ESOLAR EXCHANGE LLC, <br><br>           Defendant. | Case No. 2:12-cv-4134-ODW(MANx) <br><br> **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION** |

The Court has received Plaintiff's response to the Court's September 26, 2012 Order to Show Cause. (ECF No. 18.) Upon review, the Court finds that service of Defendant Esolar Exchange LLC was proper.

And since service was proper, Defendant had until July 14, 2012 to answer Plaintiff's Complaint. (*See* ECF No. 5.) Defendant failed to do so.

Accordingly, Plaintiff is hereby **ORDERED TO SHOW CAUSE**, in writing no later than October 18, 2012, why this case should not be dismissed for failure to prosecute. The Court will discharge this order to show cause upon receipt of Plaintiff's request for entry of default or an answer by Defendant. In the event both documents are filed before the above date, the earlier filed document will take precedence. Failure to respond to this order will result in the dismissal of this case.

**IT IS SO ORDERED.**

October 11, 2012

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**